82,556-02

Dear                                                                    2-22-15

Mr. Abel Acosta. I am Tedrick Dewayne Morgan. I was sent a letter from your office denying me status on my Write without written order. I can understand that. Sir in this same letter it said to notify your courts of any address change. My address has changed from 13055 F.M. 3522 John Middleton Unit Abilene Tx 79601, to Dick Ware Unit 1681 South F.M. 3525 Colorado City Tx 79512 This in an Notification in writing of own address change. Thanks for your time and efforts Sir.

Sincerely
Mr. Tedrick D Morgan

Old Address                 New Address
#1935297                    #1935297
Tedrick D MORGAN            Tedrick D MORGAN      2/22/15
John Middleton Unit         Dick WARE Unit
13055 F.M. 3522             1681 S. F.M. 3525
Abilene Tx 79601            Colorado City Tx 79512

## CERTIFICATE OF SERVICE

I Tedrick Dewayne MORGAN certify that this LETTER was written by me and mailed out on February 23 2015 by US Postal SERVICE at Dick Ware Unit.

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 25 2015

Abel Acosta, Clerk